IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JASON TURNER, et al., | * |
| Plaintiffs, | * |
| v. | Case No.  7:21-CV-22(HL) |
| | * |
| SHAMBRIA SHARMAY WOODS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 8, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 8th day of December, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk